# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOD ERIC KNEELAND,<br><br>                Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. 1:13-cv-01774-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 4) |

       Plaintiff Tod Eric Kneeland filed a complaint on November 1, 2013, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. In his original application, Plaintiff had redacted the amount of money that he had in cash or in a checking or savings account. Therefore, the Court ordered Plaintiff to file a long form application. On November 19, 2013, Plaintiff filed the long form application to proceed in forma pauperis. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

       Accordingly, IT IS HEREBY ORDERED THAT:

       1.     Plaintiff's application to proceed in forma pauperis is GRANTED;

       2.     The Clerk of Court is DIRECTED to issue a summons; and

///

///

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated: **November 20, 2013**

UNITED STATES MAGISTRATE JUDGE