1
2
3
4
5
6
7
8
# UNITED STATES DISTRICT COURT

9
### EASTERN DISTRICT OF CALIFORNIA

10
11
| | |
|---|---|
| TOD ERIC KNEELAND, | Case No.  1:13-cv-01774-SAB |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | (ECF No. 4) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

17

18    Plaintiff Tod Eric Kneeland filed a complaint on November 1, 2013, along with an

19  application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.   In his original

20  application, Plaintiff had redacted the amount of money that he had in cash or in a checking or

21  savings account.   Therefore, the Court ordered Plaintiff to file a long form application.   On

22  November 19, 2013, Plaintiff filed the long form application to proceed in forma pauperis.

23  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

24    Accordingly, IT IS HEREBY ORDERED THAT:

25    1.    Plaintiff's application to proceed in forma pauperis is GRANTED;

26    2.    The Clerk of Court is DIRECTED to issue a summons; and

27  ///

28  ///

3.      The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.


IT IS SO ORDERED.

Dated:   **November 20, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

2