Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  TOD KNEELAND

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| TOD KNEELAND,<br><br>      Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant | Case No.: 1:13-cv-01774-SAB<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE STANLEY A. BOONE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Tod Kneeland ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to September 4, 2014; and that Defendant shall have until October 6, 2014, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due October 13, 2014.

An extension of time for plaintiff is needed due to a serious illness. Plaintiff's Counsel's Spouse recently began weekly chemotherapy treatment for her Stage IV breast cancer which metastasized initially to her liver and continues to spread to her lungs and spine. Counsel requires the additional time to file the Opening Brief to allow him to devote the appropriate time to assist his Spouse and his two elementary school aged children through this obviously stressful experience. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: July 23, 2014  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff TOD KNEELAND

DATED: July 23, 2014  BENJAMIN WAGNER
United States Attorney


*/S/- Sharon Lahey

_____
Sharon Lahey
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

-2-

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including September 4, 2014, in which to file Plaintiff's Opening Brief;
3 Defendant may have an extension of time to October 6, 2014 to file her opposition,
4 if any is forthcoming.  Any reply by plaintiff will be due October 13, 2014.
5    IT IS SO ORDERED.

7 IT IS SO ORDERED.

8 Dated:   **July 28, 2014**

  UNITED STATES MAGISTRATE JUDGE