# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOD ERIC KNEELAND,<br><br>            Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:13-cv-01774-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

On July 28, 2014, this Court entered an order granting the parties stipulation for Plaintiff to file the opening brief in this action on September 4, 2014. (ECF No. 15.) As of this date, Plaintiff has not filed an opening brief in compliance with the Court order. Accordingly, Plaintiff shall show cause in writing on or before September 22, 2014 why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   **September 11, 2014**

UNITED STATES MAGISTRATE JUDGE

1