# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOD ERIC KNEELAND,<br><br>           Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No. 1:13-cv-01774-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING MOTION FOR EXTENSION OF TIME<br><br>(ECF Nos. 16, 17, 18) |

On September 11, 2014, an order issued requiring Plaintiff to show cause why this action should not be dismissed for the failure to file an opening brief in compliance with the Court's scheduling order. On September 22, 2014, Plaintiff filed a response to the order to show cause and a request for an extension of time to file the opening brief. The opening brief was filed on September 23, 2014.

Based upon the response, the order to show cause shall be discharged. The Court finds good cause to grant the extension of time to file the opening brief.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause filed September 11, 2014, is discharged;
2. Plaintiff's motion for an extension of time to file the opening brief is granted;
3. Plaintiff's opening brief filed September 23, 2014 is deemed timely;

1

4. Defendant shall file an opposition to the opening brief on or before October 27, 2014; and

5. Any reply by Plaintiff shall be filed on or before November 13, 2014.

IT IS SO ORDERED.

Dated: **September 23, 2014**

UNITED STATES MAGISTRATE JUDGE