# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOD ERIC KNEELAND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:13-cv-01774-SAB<br><br>ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER |

On September 23, 2014, an order issued granting Plaintiff's request for an extension of time to file the opening brief in this action. Plaintiff's opening brief, filed on September 23, 2014, was deemed to be timely and Defendant was ordered to file the opposition brief on or before October 27, 2014. Defendant has not filed an opposition brief nor requested an extension of time to do so. Accordingly, within ten days from the date of service of this order, Defendant is required to show cause why sanctions should not issue for the failure to file an opposition brief in compliance with the September 23, 2014 order.

IT IS SO ORDERED.

Dated: **October 31, 2014**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1