# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOD ERIC KNEELAND, | Case No.  1:13-cv-01774-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | ECF NO. 21 |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On November 3, 2014, the Court issued an order requiring Defendant to show cause why sanctions should not issue for Defendant's failure to file a timely opposition brief.  (ECF No. 21.)  Defendant filed a response the same day.  (ECF No. 22.)  Based upon Defendant's representations, the Court will discharge the order to show cause.

Based upon the foregoing, it is HEREBY ORDERED that:

1.     The November 3, 2014 order to show cause is DISCHARGED;

2.     Defendant shall file an opposition brief or request for voluntary remand on or before November 21, 2014; and

3.     Plaintiffs' reply brief, if any, shall be filed on or before December 5, 2014.

IT IS SO ORDERED.

Dated:   __**November 4, 2014**__

_____
UNITED STATES MAGISTRATE JUDGE