# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOD ERIC KNEELAND,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No.  1:13-cv-01774-SAB<br><br>ORDER |

On November 21, 2014, Defendant Commissioner of Social Security filed a motion to remand this action for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (ECF No. 25.)  Defendant consents to remand for further administrative proceedings but was unable to file a stipulation because Plaintiff did not respond to Defendant's inquiries.

Accordingly, it is HEREBY ORDERED that on or before December 10, 2014, Plaintiff shall file a notice informing the Court whether it consents to Defendant's motion to remand or whether it opposes remand.

IT IS SO ORDERED.

Dated:  **December 1, 2014**

UNITED STATES MAGISTRATE JUDGE

1