Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Tod Eric Kneeland

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOD ERIC KNEELAND,<br><br>       Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No.  1:13-cv-01774-SAB<br><br>ORDER ON STIPULATION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT<br><br>(ECF No. 27) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C.  section 405(g), sentence four.  Upon remand from the Court, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new hearing and a new decision.  The Appeals Council will instruct the ALJ to update the medical record; obtain supplemental vocational expert testimony; provide Tod E. Kneeland the opportunity for a new hearing; and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final

decision of the Commissioner.

Dated: December 2, 2014      Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

By: /s/ *Steven G. Rosales*
STEVEN G. ROSALES
Attorneys for Plaintiff

Dated: December 2, 2014      BENJAMIN WAGNER
United States Attorney

By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney
Attorney for Defendant

## **ORDER**

Based on the stipulation of the parties, IT IS HEREBY ORDERED that:

1. This action is remanded back to the Commissioner for further proceedings consistent with the stipulation of the parties;

2. Judgment be entered in favor of Plaintiff Tod Eric Kneeland and against Defendant Commissioner of Social Security;

3. All outstanding motions are terminated; and

4. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated: **December 4, 2014**　　　　　　　　　　　　　　　　　
UNITED STATES MAGISTRATE JUDGE

2