# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOD ERIC KNEELAND,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:13-cv-01774-SAB<br><br>ORDER RE: PLAINTIFF'S MOTION FOR ATTORNEY'S FEES |

On March 5, 2015, Plaintiff Tod Eric Kneeland ("Plaintiff") filed a motion for attorney's fees. (ECF No. 30.) However, the Court notes that Plaintiff's motion appears to be untimely. The Court's November 20, 2013 scheduling order stated that motions for attorney's fees must be filed within thirty days after entry of final judgment. (Schedule Order, at pg. 3:15-16.) Final judgment was entered on December 5, 2014, making an attorney's fee motion due on January 5, 2015.

Accordingly, the Court will not consider Plaintiff's motion for attorney's fees unless Plaintiff, on motion, establishes excusable neglect for his failure to file his motion on time. See Fed. R. Civ. P. 6(b)(1)(B). Any motion from Plaintiff to consider his untimely motion for attorney's fees shall be filed on or before May 13, 2015. Defendant's opposition or statement of non-opposition shall be filed on or before May 20, 2015. Plaintiff's reply, if any, shall be filed on or before May 27, 2015. Defendant's opposition and Plaintiff's reply shall also address the

1

merits of Plaintiff's motion for attorney's fees.  If Plaintiff does not file a motion to consider his untimely motion for attorney's fees by May 13, 2015, Plaintiff's motion for attorney's fees will be denied as untimely.

Accordingly, IT IS HEREBY ORDERED that;

1. Any motion from Plaintiff asking the Court to consider his untimely motion for attorney's fees shall be filed on or before May 13, 2015;

2. Defendant's opposition or statement of non-opposition shall be filed on or before May 20, 2015; and

3. Plaintiff's reply, if any, shall be filed on or before May 27, 2015.

IT IS SO ORDERED.

Dated:   **April 21, 2015**

UNITED STATES MAGISTRATE JUDGE